# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY PAWLOWSKI,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant | Case No.: 2:19-cv-01802-APG-DJA<br><br>**Order Temporarily Staying Case and Setting Briefing Schedule** |

IT IS ORDERED that this case is temporarily STAYED until either (a) I rule on defendant Equifax Information Services, LLC's motion to stay the case or (b) a decision is issued from the Judicial Panel on Multidistrict Litigation.

IT IS FURTHER ORDERED that plaintiff Nancy Pawlowski may file a response to Equifax's motion to stay the case by October 30, 2019. Equifax may file a reply by November 7, 2019.

DATED this 23rd day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE